# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134249

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DALE OSBURN, INC., OSBURN INDUSTRIES, INC., and TRUCKWAY SERVICES, INC. OF MICHIGAN,
      Plaintiffs-Appellees,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellant,

and

GARAN, LUCOW, MILLER & SEWARD, P.C., f/k/a GARAN, LUCOW, SEWARD, COOPER & BECKER, P.C., and THOMAS L. MISURACA,
      Defendants.

SC: 134249
COA: 267927
Wayne CC: 98-836716-CK

_____/

      On order of the Court, the application for leave to appeal the May 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

s1022